**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6422**

_____

ROGER W. CLARK,

        Plaintiff - Appellant,

      v.

DARREN JACKSON; SHERIFF GRAHAM ATKINSON; GREGORY MOSS, JR.; HALEY PHILLIPS,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Richard E. Myers, II, Chief District Judge. (5:24-ct-03250-M-RJ)

_____

Submitted: October 30, 2025               Decided: November 4, 2025

_____

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Roger W. Clark, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger W. Clark appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b)(1).  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Clark v. Jackson*, No. 5:24-ct-03250-M-RJ (E.D.N.C. filed Apr. 21, 2025 & entered Apr. 22, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*